# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

BONDARY MCCALL                                                                                          PLAINTIFF
Reg. #43827-019

v.                                         No. 2:08CV00076 JLH

ANGELA CLAY, *et al.*                                                                              DEFENDANTS

## ORDER

Judgment was entered in this case on November 17, 2008. Bondary McCall's complaint was dismissed in its entirety on that date. No appeal was taken. Thereafter, McCall filed three documents in which it was indicated that they were "within admiralty" and one styled "Notice of Registered Property (Collateral)." Those are meaningless documents that have nothing to do with this case.

On March 13, 2009, the Clerk's office received another such document that indicated that it was "within admiralty" and "by special visitation." Those terms have no meaning in relation to this case. The document received by the Clerk has no meaning under the Federal Rules of Civil Procedure. Therefore, the Clerk is directed not to file that document but to return it to McCall.

The time for filing a notice of appeal has expired. There is nothing that could appropriately be filed in this action after this lapse of time. Therefore, the Clerk is directed not to accept any further filings from Bondary McCall in this case.

IT IS SO ORDERED this 20th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE